UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Arquis Kemp, | § | Case No. 4:16-cv-03094 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **NOTICE OF SETTLEMENT** |
| Receivables Performance Management, LLC, | § | |
| | § | |
| Defendant. | § | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                      RESPECTFULLY SUBMITTED,

                                      Hyslip & Taylor, LLC, LPA

Date:   December 21, 2016        By:   s/ David M. Menditto
                                               David M. Menditto, Esq.
                                             Illinois Bar No. 6216541
                                             SD TX Bar No. 2590215
                                             1100 W. Cermak Rd., Suite B410
                                             Chicago, IL  60608
                                             (P) 312-380-6110
                                             (F) 312-361-3509
                                             (E) davidm@fairdebt411.com
                                             *Attorney for Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:

Robbie Malone, Esq.
Malone Akerly Martin PLLC
Northpark Central, Suite 1850
8750 N. Central Expressway
Dallas, TX  75231

*Counsel for Defendant*

                                                                   s/ David M. Menditto